[No. 56933-3-I.   Division One.   December 11, 2006]

NCF FINANCIAL, INC., *Appellant*, v. CYBERSAFE CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12883-0, Nicole MacInnes, J., entered October 24, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 56975-9-I.   Division One.   December 11, 2006.]

PATRICIA B. PIENTA ET AL., *Appellants*, v. THE CITY OF MOUNT VERNON, *Respondent*.

Appeal from judgments of the Superior Court for Skagit County, No. 04-2-00145-8, Michael E. Rickert, J., entered August 18 and September 2, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Dwyer, JJ.

[No. 57020-0-I.   Division One.   December 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. QUINTON SHUNTEL CRITTENDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00223-3, Eric Z. Lucas, J., entered September 6, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.

[No. 57046-3-I.   Division One.   December 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DONTAE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07309-6, Linda Lau, J., entered October 3, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.